THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MUSCOLINO, Appellant.

Submitted October 9, 1945; decided October 26, 1945.

*Edward A. Cunningham* for appellant.

*Samuel J. Foley, District Attorney* (*George Tilzer* and *Herman J. Fliederblum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.